UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       - against -

MICHAEL VEGA,

                  Defendant.
_____

19-cr-428 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government should respond to the defendant Michael Vega's motion for compassionate release by February 19, 2026. Mr. Vega may reply by March 6, 2026.

SO ORDERED.
Dated:     New York, New York
           January 30, 2026

                              John G. Koeltl
                   United States District Judge