UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          - against -

MICHAEL VEGA,

               Defendant.
_____

19-cr-428-3 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Mr. Vega has mailed a motion for compassionate release directly to the Court. To ensure filings are properly docketed, Mr. Vega should mail any filings, including his motion for compassionate release, to Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007, so that the Court's Pro Se Unit can process the filings accordingly. Alternatively, Mr. Vega may submit any filings electronically to ProSe@nysd.uscourts.gov.

The Pro Se Intake Unit can provide court forms and answer procedural questions. It can be reached at 212-805-0175. The Court's January 30, 2026 scheduling order is vacated.

SO ORDERED.

Dated:    New York, New York
           February 17, 2026

                                 John G. Koeltl
                      United States District Judge