UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

MICHAEL VEGA,

                Defendant.

---

19-cr-428-3 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 18, 2026, the Court instructed Mr. Vega to file his motion for compassionate relief with the Court's Pro Se Unit and vacated its January 30, 2026 scheduling order. ECF No. 169. The Government is instructed to serve a copy of that order on Mr. Vega by **Wednesday, February 25, 2026.**

SO ORDERED.

Dated:    New York, New York
         February 18, 2026

                                 John G. Koeltl
                   United States District Judge