UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————————

UNITED STATES OF AMERICA

                                      19-cr-428 (JGK)

      - against -                      ORDER

MICHAEL VEGA,

                Defendant.

———————————————————————————————————

JOHN G. KOELTL, District Judge:

The Government should respond to the application by the defendant, Michael Vega, for compassionate release, ECF No. 171, by May 8, 2026. The defendant may reply by May 18, 2026.

The Clerk is respectfully instructed to mail a copy of this Order to the defendant.

SO ORDERED.
Dated:    New York, New York
           April 21, 2026

                                         John G. Koeltl
                        United States District Judge